## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  24-cv-24446-JB

RENZO BARBERI,

      Plaintiff,

vs.

ROGERT DELEON R.E., LLC,
a Florida Limited Liability Company

      Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the Plaintiff's Voluntary Dismissal With Prejudice.  ECF No. [17].  Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida this 30th day of April, 2025.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**